UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Wilfredo Torres__

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

__NYC Police Department__
__NYC Department of Buildings__
__Bellevue South Associates__

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

RECEIVED
SDNY PRO SE OFFICE
2016 MAR 29 PM 2:40
S.D. OF N.Y.

**COMPLAINT**

Jury Trial: ☒ Yes   ☐ No
(check one)

**16CV2362**

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name __Wilfredo Torres__
Street Address __470 Second Avenue Apt 2A__
County, City __New York, N.Y. 10016__
State & Zip Code
Telephone Number __212-447 1737__

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name __NYC Police Department__
Street Address __One Police Plaza__
__New York, N.Y. 10007__

Rev. 05/2010

|  | County, City | New York, N.Y. |
|---|---|---|
|  | State & Zip Code | 10007 |
|  | Telephone Number | |

Defendant No. 2    Name  NYC Department of Buildings
Street Address  280 Broadway
County, City  New York, N.Y.
State & Zip Code  10007
Telephone Number

Defendant No. 3    Name  Bellevue South Associates
Street Address  902 Broadway
County, City  New York, N.Y.
State & Zip Code  10010-6002
Telephone Number

Defendant No. 4    Name
Street Address
County, City
State & Zip Code
Telephone Number

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions        ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  U.S. Constitution: unreasonable search; First + Fourth Amendment; Assault; False Arrest; False imprisonment;

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship
Defendant(s) state(s) of citizenship

## III.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __See Attached Complaint__

B. What date and approximate time did the events giving rise to your claim(s) occur? _____

C. Facts: _____

[What happened to you?]

[Who did what?]

[Was anyone else involved?]

[Who else saw what happened?]

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. __Psychological trauma; psychiatric treatment;__

Rev. 0: 2010

V.  **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

$10,000,000.00 (Ten-million dollars)

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29 day of March, 20 16

Signature of Plaintiff   Wilfredo Torres

Mailing Address   470 Second Avenue (2A)
NYC 10016

Telephone Number   212 447 1737

Fax Number *(if you have one)* _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 05/2010*

**PRO-SE**
**CIV.**_____

# United States District Court

# Southern District of New York

---

**Wilfredo Torres,**

                  **Plaintiff**

    **-against-**

**New York City Police Department**

**New York City Department of Buildings**

**Bellevue South Associates,**

                  **Defendants**

---

-2-

## COMPLAINT:

Since 2003 I have complained to my landlord, Bellevue South Associates ("Bellevue"), and to the New York City Department of Buildings ("DOB"), that a commercial coal oven at 462 Second Avenue, and its chimney erected in close proximity to my apartment are illegal and represent a serious threat to my health. Exhibit 1.

On June 22, 2015, I appeared at the Office of the Inspector General of "DOB", where I met

-3-

with investigator Jacob Petersen and filed a complaint of corruption against the agency for refusing to enforce its own laws related to the illegal oven and chimney. Exhibit 2.

On July 20, 2015, Mr. Petersen dismissed my complaint.

I persisted complaining to "Bellevue", to "DOB", and to government officials, and on September 28, 2015 at about 9:00AM policeman "Fryc", "Machio", and about four (4) others from the New York City Police

-4-

Department, along with an employee from "Bellevue", raided my apartment at gun-point after breaking its door; handcuffed, arrested, interrogated, and threatened me; searched the entire apartment; and casually left while stating "the landlord will replace your door".

They did not have a search-warrant, and left a note claiming that the Inspector General of "DOB", Mr. Denis McGowan, had ordered the raid. Exhibit 3.

-5-

This left me traumatized, humiliated, in fear for my life, and violated my federal and state Constitutional rights.

*Wilfredo Torres*
**Wilfredo Torres**
470 Second Avenue  Apt.2-A
New York, N.Y. 10016
Telephone: 212-447-1737

------------------------------------------------------------

Exh. 1

June 22, 2015

City of New York
Department of Investigation
Attn. Mr. Jacob Peterson, Investigator
11 Park Place   Suite 201
New York, N.Y.


Exh. 2

Dear Mr. Peterson:

On 8-06-14, I sent a letter to the Mayor denouncing corruption at DOB and DEP in relation to an illegal coal fired-oven and chimney in my building of residence. See copy, photograph, and news article.

On 3-25-15, I filed a complaint at DOI. See copy.

On 5-21-15, I filed 311 complaint #1-1-1105574941.

A few days ago the DOB inspector dismissed it falsely stating that it had been corrected through alteration #140282860. That alteration is not related to this violation. See copy.

DOB continues its corrupt practices in this case.

Thank you for investigating this matter.

Wilfredo Torres
Wilfredo Torres
470 Second Avenue  Apt.2-A
New York, N.Y. 10016
Telephone: 646-476-4142



Exh. 3



P.O Machio

P.O FRYC

Hotel

Mcgowan, Dennis