United States District Court                                  <u>Second Amended Complaint</u>
Southern District of New York
                                                              <u>Pro Se 16CV2362 (KNF) (RA)</u>
---------------------------------------------------------------

**Wilfredo Torres,**

                                             **Pro Se Plaintiff**

                        -against-

**City of New York, et al.**

**NYC Police Department:**
**Colby Wright, individually and as Police Officer**
**Nicholas Macchio, individually and as Police Officer**
**Michael Traverso, individually and as Police Officer**
**Krzysztof Fryc, individually and as Police Officer**
**Kevin Wahlight, individually and as Police Officer**

**NYC Department of Buildings:**
**Dennis McGowan, individually and as Inspector General**

**NYC Civilian Complaint Review Board:**
**Nina Mickens, individually and as Director**

**NYC Fire Department:**
**Lieutenant "Scottish", individually and as fireman**
**"John Doe" Fireman #1 individually and as fireman**
**"John Doe" Fireman #2 individually and as fireman**
**"John Doe" Fireman #3 individually and as fireman**
**Edward Rivera, individually and as Paramedic**
**Gianella Robalino, individually and as Paramedic**

**Health and Hospitals Corporation (Bellevue Hospital):**
**"John Doe #1" individually and as Security Guard**
**"John Doe" #2 individually and as Security Guard**
**"John Doe #3 individually and as Security Guard**
**"John Doe #1" individually and as MD**
**"Jane Doe #2" individually and as MD**

**Bellevue South Associates ("BSA"):**
**Zijo Drogalic, individually and as employee of BSA**
**Elijah Smalls, individually and as employee of BSA**

**Hospital for Joint Diseases:**
**Aaron J. Buckland, MD, individually and as employee**

                                                 **Defendants**

---------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/17

RECEIVED
SDNY PRO SE OFFICE
2017 JUN -7 AM 11:09
S.D. OF N.Y.

## Facts:

1- Since 1992 I live in a Section-8 apartment at Kips Bay Court, a Manhattan apartment-complex of 900 units; built with low-interest government loans 50 years ago by "non-profit" mega-landlord Bellevue South Associates AKA Phipps Houses ("BSA"); BSA left that program 20 years ago; and recently sold Kips Bay Court as luxury housing for $700 million.

2- Since 2003 I have complained to BSA, and to the NYC Department of Buildings ("DOB"), that a commercial coal oven and its chimney illegally constructed by BSA in a commercial space at 462 Second Avenue under my second-floor apartment represents a serious threat to my health.

3-The chimney is located 20 feet from the ground; 50 feet from the windows of my apartment; and sends toxic fumes into my apartment and other building areas.

4- Because of my complaints, on September 19, 2013, DOB issued a summons to BSA denouncing that it never obtained permission to construct the chimney.

5- Due to my complaints, on August 10, 2015, DOB issued a revocation of the permit for the oven stating that it was for a gas oven, not a coal oven as BSA had illegally built.

6-BSA flagrantly ignored these actions by DOB, and even filed a Certificate of Correction falsely swearing that it had eliminated these violations.

7- The law requires the chimney to end at the roof of our 20-story building, but BSA stated "we are not going to destroy the good looks of that building".

8- DOB refused to take additional action against BSA, and up to this day allows BSA to lease the illegal coal oven and chimney to a restaurant at that location.

9- I also denounced that DOB allowed BSA to build an illegal awning at 444 Second Avenue taking 40% of the public sidewalk in the entire block worth millions of dollars.

10- On June 22, 2015, I appeared at the office of DOB's Inspector General, Dennis McGowan, and filed a complaint of corruption against the agency.

11- The Inspector General quickly dismissed my complaint, and weeks later, on 9-28-15, a group of New York City Police Officers (Nicholas Macchio, Michael Traverso, and Krzysztof Fryc) accompanied by BSA employee Zijo Drogalic raided my apartment at gun-point without a warrant after breaking its door; handcuffed, detained, and interrogated me; and continuously repeated "YOU HAVE BEEN CALLING THE DEPARTMENT OF BUILDINGS".

12- Police Officer Fryc wrote on a piece of paper the name of the DOB Inspector General, Dennis McGowan, and stated: "THIS IS THE GUY THAT SENT US HERE".

13- In those days BSA made public that it was selling Kips Bay Court for $700 million, and this explains the timing of

the attack in using the NYPD to scare me to vacate my apartment of 24 years to avoid eliminating costly violations.

14- In March 17, 2016, I hired lawyer - David Hershey Webb who sent a comprehensive letter to DOB, but it was ignored.

15- In April 28, 2016, while I was resting at home after undergoing spine surgery at the NYU Hospital for Joint Diseases, a group of New York City Fire Department employees (Lieutenant Scottish; firemen "John Doe 1", "John Doe 2", and "John Doe 3"; paramedics Edward Rivera and Gianella Robalino); NYPD police officers Colby Wright and Kevin Wahligh; and BSA employee Elijah Smalls; raided my apartment after breaking its door; handcuffed, interrogated, threatened, and paraded me in handcuffs before my neighbors and the restaurant with the coal oven; transported me in an ambulance escorted by a police car with sirens blasting to Bellevue Hospital; dropped me there as a "John Doe"; on three (3) occasions I was assaulted by Bellevue Hospital Security Guards ("John Doe 1", "John Doe 2", "John Doe 3"); Doctors "Jane Doe 1", and "Jane Doe 2" forcibly injected me with drugs that put me to sleep; caused me to develop very high fever; held me for 24 hours; and released me with a diagnosis of "delirium".

16- Bellevue Hospital erased from its records all references to my "John Doe" designation.

17- I complained to the Civilian Complaint Review Board (CCRB), but the agency exonerated the police officers; falsified records to exclude the NYPD Police Officer who wrote the incriminating note; and denied my FOIA request.

## CONCLUSION:

The actions of the defendants violated my New York State and United States Constitutional rights, and caused me grave permanent physical and emotional damages.

## DAMAGES:

Because of the acts by these defendants I today suffer from PTSD, insomnia, anxiety, tremors, pain, asthma, headaches, and damage to my spinal surgery making it necessary to undergo medical treatment, and possible additional surgery.

## RELIEF SOUGHT:

Judgement in the amount of ten-million dollars ($10,000,000.00) against the defendants.

*Wilfredo Torres* (signature)
Wilfredo Torres
470 Second Avenue Apt. 2-A
New York, N.Y. 10016
Telephone: 212-447-1737

Dated: June 7, 2017

Cc:

City of New York

Bellevue South Associates

NYU Hospital for Joint Diseases

Health and Hospitals Corporations (Bellevue Hospital)