UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WILFREDO TORRES,

              Plaintiff,

-against-

City of New York, Colby Wright, individually and as
NYPD Police Officer, Kevin Wahligh, individually and as
NYPD Police Officer, Nicholas Machio, individually and as
NYPD Police Officer, Michael Traverso, individually and as
NYPD Police Officer, Krzysztof Fryc, individually and as
NYPD Police Officer, NYC Department of Buildings,
NYC Fire Department, Civilian Complaint Review Board,
Bellevue Hospital, Bellevue South Associates,
NYU Hospital for Joint Diseases,

              Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/17

ORDER

16-CV-2362 (RA)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       On June 22, 2017, plaintiff Wilfredo Torres filed a motion for an order permitting him to file a second amended complaint. The motion is not a letter motion, as contemplated by Local Civil Rule 7.1(d) of this court. On July 5, 2017, defendant Bellevue Hospital submitted a letter to the Court "[p]ursuant to Local Rule 7.1(d) . . . in lieu of more formal opposition to plaintiff's Motion for Leave to File a Second Amended Complaint." Local Civil Rule 7.1(b) explains that, "[e]xcept for letter-motions as permitted by Local Civil Rule 7.1(d) or as otherwise permitted by the Court, all oppositions and replies with respect to motions shall comply with Local Civil Rule 7.1(a)(2) and (3)." Defendant Bellevue Hospital's July 5, 2017 letter does not comply with the directive in Local Civil Rule 7.1(b) respecting opposing a motion filed with the court. Therefore, the Court will not entertain that letter.

       Defendant Bellevue Hospital shall review Local Civil Rule 7.1 of this court and, on or before July 12, 2017, submit a conforming opposition to the plaintiff's motion for an order permitting him to file a second amended complaint. The plaintiff's reply to defendant Bellevue Hospital's opposition shall be served and filed on or before July 19, 2017.

Dated: New York, New York
       July 6, 2017

Copy mailed to:

Wilfredo Torres

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE