UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
WILFREDO TORRES

                              Plaintiff,                    16-CV-2362 (RA) (KNF)

– against –                        **NOTICE OF APPEARANCE**

NYC POLICE DEPARTMENT, et. al,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case on behalf of the Defendant NYU Hospitals Center, s/h/a NYU Hospital for Joint Diseases, in the above-captioned action.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
July 10, 2017

                                                                         BOND, SCHOENECK & KING, PLLC

                                                                         By: _____/s/_____
                                                                           Louis P. DiLorenzo (LD-3988)
                                                                       *Attorneys for Defendants*
                                                                       600 Third Avenue, 22nd Floor
                                                                       New York, NY 10016-1915
                                                                       Telephone: (646) 253-2315
                                                                       Fax: (646) 253-2301
                                                                       Dilorel@bsk.com