UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------X
WILFREDO TORRES,

        Plaintiff

  -against-

BELLEVUE SOUTH ASSOCIATES LLP, et al.,

        Defendants.
------------------------------------X

16 CV 2362 (RA) (KNF)

ORDER

Kevin Nathaniel Fox, United States Magistrate Judge:

A pro se litigant is entitled to assistance from the district court in identifying a defendant. See Valentin v. Dinkins, 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies sufficient information to permit the City of New York to identify Lieutenant Scottish and John Doe Firefighters #1-3 of the New York City Fire Department. It is therefore ordered that the New York City Law Department, which is the attorney for and agent of the City of New York, must ascertain the identity of Lieutenant Scottish and of each John Doe whom Plaintiff seeks to sue here and the addresses where those defendants may be served. The New York City Law Department must provide this information to Plaintiff and the Court within sixty days of the date of this order.

Within thirty days of receiving this information, Plaintiff must: (i) amend the Second Amended Complaint by naming the John Doe defendants and Lieutenant Scottish fully; and (2) file that amended pleading with the Court. The amended pleading will replace, not supplement, the original Second Amended Complaint. Once Plaintiff has filed the newly amended pleading, the Court will, if necessary, issue an order directing the Clerk of Court to complete U.S.

Marshals Service Process Receipt and Return forms, USM-285 forms, with the addresses for Lieutenant Scottish and the named John Doe Defendants and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is directed to mail a copy of this order to the New York City Law Department.

Dated:: July 16, 2018  
New York, New York

SO ORDERED:

*/s/ Kevin Nathaniel Fox*  
Kevin Nathaniel Fox  
United States Magistrate Judge

Copy mailed to:

Wilfredo Torres