**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

1:16-cv-02362-RA-KNF

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of July, two thousand and nineteen.

In Re: Wilfredo Torres,
    Petitioner.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Wilfredo Torres,

    Petitioner,

v.

Bellevue South Associates LLP, City of New York, Bellevue Hospital, Officer Michael Traverso, Officer Colby Wright, Officer Nicholas Machio, Officer Krzysztof Fryc, Dennis McGowan,

    Respondents

**ORDER**

Docket No. 19-681

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 16 2019

Petitioner, pro se, has filed motions to proceed *in forma pauperis* and to withdraw the petition without prejudice.

IT IS HEREBY ORDERED that the motion to withdraw the petition is GRANTED without prejudice to Petitioner continuing his case in the district court. The motion to proceed *in forma pauperis* is DENIED as moot.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/16/2019