```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/16/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO TORRES,

                Plaintiff,

          v.

CITY OF NEW YORK, et al.,

                Defendants.

No. 16-CV-2362 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On February 14, 2018, Magistrate Judge Fox granted Plaintiff's request for leave to amend, permitting him to add, among other individuals, Department of Buildings Inspector Denis McGowan. Plaintiff's amended complaint appears to allege that Defendant McGowan violated his constitutional rights; Defendant McGowan contends that Plaintiff fails to state a claim for relief, and requests the opportunity to fully brief this issue. Defendant McGowan's request is GRANTED, and he is ordered to file and serve his motion and supporting papers no later than September 13, 2019. Pursuant to Rule 4.A. of the Court's Special Rules & Practices in Civil *Pro Se* Cases, Plaintiff must serve and file opposition papers by October 4, 2019, and Defendant McGowan's reply must be served and filed by October 18, 2019.

    The Court intends to rule on the various Defendants' pending—and in Defendant McGowan's case, forthcoming—dispositive motions simultaneously. In light of this, and given that Defendant McGowan's motion is not yet fully briefed, this action is STAYED pending the completion of briefing of Defendant McGowan's motion.

    Finally, the Court hereby withdraws its April 16, 2019 amended order of reference to

Magistrate Judge Fox as to the dispositive motions listed. The case will remain referred to Judge Fox for general pretrial.

SO ORDERED

Dated:    August 16, 2019
         New York, New York

_____
Ronnie Abrams
United States District Judge