UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILFREDO TORRES,

        Plaintiff,

-against-

BELLEVUE SOUTH ASSOCIATES LLP, CITY
OF NEW YORK, OFFICER COLBY WRIGHT,
KEVIN WAHLIGH, OFFICER NICHOLAS
MACHIO, OFFICER MICHAEL TRAVERSO,
OFFICER KRZYSZTOF FRYC,
DENNIS MCGOWAN, LIEUTENANT SCOTTISH
JOHN DOE FIREFIGHTERS #1-3, NYU
HOSPITALS CENTER, the NYC HOSPITAL
FOR JOINT DISEASES, DOCTOR AARON
BUCKLAND OF NYU HOSPITALS CENTER,
BELLEVUE HOSPITAL,

        Defendants.
------------------------------------------------------------X

ORDER

16-CV-2362 (RA)(KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/20

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    Defendant Bellevue Hospital, via the New York City Health and Hospitals Corporation ("HHC"), filed a motion for summary judgment, Docket Entry No. 197. In support of the motion, HHC filed a "Statement of Undisputed Facts Pursuant to Local Civil Rule 56.1," Docket Entry No. 198. That statement has pages numbered one through ten. However, page numbers eight and nine are not part of Docket Entry No. 198. Therefore, on or before January 31, 2020, HHC shall file pages eight and nine of its "Statement of Undisputed Facts Pursuant to Local Civil Rule 56.1" and shall, on or before January 31, 2020, submit a courtesy copy of pages eight and nine to the Court's chambers.

Dated: New York, New York
       January 28, 2020

Copy mailed to:

Wilfredo Torres

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE