UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILFREDO TORRES,                                  :

        Plaintiff,                                       :

      -against-                                             :     **ORDER**

                                                                                     16-CV-2362 (RA) (KNF)

BELLEVUE SOUTH ASSOCIATES L.P., et al.,   :

        Defendants.                                 :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on July 2, 2020, at 10:00 a.m.  All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

      **The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated: New York, New York          SO ORDERED:
       June 22, 2020

                                                        _/s/ Kevin Nathaniel Fox_
                                                        KEVIN NATHANIEL FOX
                                                        UNITED STATES MAGISTRATE JUDGE