USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO TORRES,

               Plaintiff,

         v.

BELLEVUE SOUTH ASSOCIATES L.P.;
CITY OF NEW YORK; BELLEVUE
HOSPITAL; OFFICER COLBY WRIGHT;
OFFICER NICHOLAS MACHIO; OFFICER
MICHAEL TRAVERSO; OFFICER
KRZYSZTOF FRYC; OFFICER KEVIN
WAHLIGH; NYU HOSPITALS CENTER;
DOCTOR AARON BUCKLAND; DENNIS
MCGOWAN; LIEUTENANT JAMES
SCORDUS; FIREFIGHTER DANIEL
BARVELS; FIREFIGHTER JOHN PEPE,

              Defendants.

16-CV-2362 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Clerk of Court is respectfully directed to mail copies of the Court's opinions at docket

entries 388, 389, 390, 391, and 392 to Plaintiff.

SO ORDERED.

Dated:    July 8, 2020
         New York, New York

                                 RONNIE ABRAMS
                           United States District Judge