UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WILFREDO TORRES,

        Plaintiff,

    -against-

BELLEVUE SOUTH ASSOCIATES LLP, CITY
OF NEW YORK, OFFICER COLBY WRIGHT,        ORDER
KEVIN WAHLIGH, OFFICER NICHOLAS
MACHIO, OFFICER MICHAEL TRAVERSO,
OFFICER KRZYSZTOF FRYC,        16-CV-2362 (RA)(KNF)
DENNIS MCGOWAN, LIEUTENANT SCOTTISH
JOHN DOE FIREFIGHTERS #1-3, NYU
HOSPITALS CENTER, the NYC HOSPITAL
FOR JOINT DISEASES, DOCTOR AARON
BUCKLAND OF NYU HOSPITALS CENTER,
BELLEVUE HOSPITAL,

        Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A conference was held with counsel to the defendants and plaintiff pro se on July 16, 2020. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. the defendants' motions for summary judgment be served and filed on or before August 16, 2020;

2. the plaintiff's response to the motions shall be served and filed on or before September 16, 2020; and

3. any replies shall be served and filed on or before September 30, 2020.

    The Court encourages any *pro se* party, who is not currently incarcerated, to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. and to consent to receive service of any documents filed in this case electronically through the Court's Electronic Case Filing System by filling out the consent to electronic service form on the Court's website. Doing so will allow the *pro se* party to file documents electronically on ECF instead of having to mail any filings to the Pro Se Office. Pro se parties who are unable to use email may submit documents by regular mail or in

person at the drop box located at the U.S. Courthouses in Manhattan *(500 Pearl Street)* and White Plains *(300 Quarropas Street)*.  For more information, including instructions on this new email service for pro se parties, please visit the Court's website at *nysd.uscourts.gov*.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated:  New York, New York                                   SO ORDERED:
       July 17, 2020

                                                          _/s/ Kevin Nathaniel Fox_
                                                        KEVIN NATHANIEL FOX
                                                        UNITED STATES MAGISTRATE JUDGE