```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO TORRES,

                Plaintiff,

v.

BELLEVUE SOUTH ASSOCIATES L.P.;
CITY OF NEW YORK; BELLEVUE
HOSPITAL; OFFICER COLBY WRIGHT;
OFFICER NICHOLAS MACHIO; OFFICER
MICHAEL TRAVERSO; OFFICER
KRZYSZTOF FRYC; OFFICER KEVIN
WAHLIGH; NYU HOSPITALS CENTER;
DOCTOR AARON BUCKLAND; DENNIS
MCGOWAN; LIEUTENANT JAMES
SCORDUS; FIREFIGHTER DANIEL
BARVELS; FIREFIGHTER JOHN PEPE;

                Defendants.

No. 16-CV-2362 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In a letter dated May 7, 2020 and docketed on August 3, 2020, Plaintiff, proceeding *pro se*, seeks "access to the Court docket information." Dkt. 100. The Clerk of Court is respectfully directed to mail Plaintiff a copy of the docket sheet. The docket reflects that the Clerk of Court mailed Plaintiff copies of this Court's June 18, 2020 Opinions and Orders, Dkts. 388-392, as well as Magistrate Judge Fox's June 19, 2020 Order, Dkt. 393, July 8, 2020 Order, Dkt. 397, and July 17, 2020 Order, Dkt. 399. To the extent that Plaintiff has not received any of these Opinions or Orders, he shall write a letter so informing the Court.

SO ORDERED.

Dated:    August 4, 2020
           New York, New York

                                                Ronnie Abrams
                                                United States District Judge