UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO TORRES,

                Plaintiff,

v.

NYC POLICE DEPARTMENT, *et al.*,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

16-CV-2362 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On February 5, 2018, Defendant Bellevue Hospital filed a motion for summary judgment. Dkt 197. On February 26, 2020, Magistrate Judge Fox issued a report and recommendation recommending the Court deny the motion. Dkt. 377. Bellevue moved for leave to refile its motion for summary judgment on March 11, 2020. Dkt. 378. Two weeks later, Plaintiff filed two letters opposing the motion for leave to refile. Dkt. 382; Dkt. 383. On June 18, 2020, however, the Court declined to adopt the report and recommendation and granted summary judgment to Defendant Bellevue Hospital. Dkt. 392. For this reason, Bellevue's motion to refile its motion for summary judgment (pending at docket entry 378) is moot, as are Plaintiff's letters opposing that motion (pending at docket entries 382 and 383).

    On May 18, 2020, Defendant Dennis McGowan filed a motion to consolidate this case with case number 19-CV-6332, which is currently pending before Judge Ramos. Dkt. 386. The Court denied this motion in its June 18, 2020 opinion addressing McGowan's motion to dismiss the Complaint. Dkt. 390 at 3 n.2. Thus, the motion to consolidate is no longer a pending motion.

Accordingly, the Clerk of Court is accordingly directed to terminate the motions at docket entries 378, 382, 383, and 386.

SO ORDERED.

Dated:   December 23, 2020
         New York, New York

_____
RONNIE ABRAMS
United States District Judge