UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WILFREDO TORRES,                                        :
                                                        :
               Plaintiff,                   :          **ORDER**
                                                        :
     -against-                                    :          16- CV-2362 (RA) (KNF)
                                                        :
CITY OF NEW YORK, et al.,                               :
               Defendants.                  :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Wilfredo Torres ("Torres"), proceeding pro se, filed a document styled "Motion to Impose Sanctions Against the Defendants." Docket Entry No. 435. Through the document, Torres alleges that "solid evidence of the involvement of the U.S. Central Intelligence Agency ("CIA") [exists] in this case" and counsel to the defendants in this action as well as counsel to former defendants in this action "denied it to the Court, thus preventing me from prosecuting the case." Therefore, Torres requests that "penalties be imposed" against the defendants and former defendants he identifies in the document. The defendants in this action and the former defendants whom Torres identified in Docket Entry No. 435 oppose Torres's request.

      The Court observed that Torres failed to comply with Local Civil Rule 7.1 of this court, which sets forth the procedural requirements for making a motion. Therefore, Torres's motion is procedurally deficient. This militates against granting the motion. Furthermore, Torres failed to: 1) make citation precisely to the evidence of CIA involvement in this case to which he makes reference; 2) identify when and the manner in which this evidence was denied to the Court by adversary counsel; and 3) describe how he was prevented "from prosecuting the case." The failure by Torres to provide this information also militates against granting the motion. This is so because the absence such information prevents the Court from assessing the verisimilitude

of Torres's allegations. Under the circumstances, the Court finds that no basis exists for granting Torres's request that penalties be imposed on the defendants and former defendants to the action whose conduct the motion purports to address. Accordingly, Torres's motion, Docket Entry No. 435, is denied.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated: New York, New York
       January 3, 2021

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE