February 22, 2021

Re: W. Torres vs City of New York, et al.

16CV2362 (RA) (KNF)

United States District Court
Southern District of New York
Attn. Office of the Clerk
40 Foley Square
New York, N.Y. 10007

Sirs:

As pro se plaintiff of the above case I hereby ask that the attached related document consisting of my request for intervention by the Honorable Joseph Biden, President of the United States, be docketed as part of the case.

Thank you.

*Wilfredo Torres* (signature)
Wilfredo Torres
470 Second Avenue Apt. 2A
New York, N.Y. 10016

Telephone: 212-447-1737

Cc:
City of New York-Law Department
100 Church Street
New York, N.Y. 10007

All defendants

February 6, 2021

Honorable Joseph R. Biden,
President of the United States
The White House
1600 Pennsylvania Avenue NW,
Washington, D.C. 20500

Mr. President:

As pro se plaintiff of attached federal case SDNY 16CV2362 against the COINTELPRO domestic assassinations program of the U.S. Central Intelligence Agency ("CIA") that targets Arabs, Muslims, and American political dissidents, the following Judges have been complicit in covering-up the crimes of that agency; I therefore ask you to commence impeachment and removal from office proceedings against:

Honorable Ronnie Abrams,
United States Judge
Southern District of New York
Courthouse
40 Foley Square
New York, N.Y. 10007

Honorable Kevin Nathaniel Fox,
United States Magistrate-Judge
Southern District of New York
Courthouse
40 Foley Square
New York, N.Y. 10007

Thank you.

Wilfredo Torres
470 Second Avenue Apt. 2A
New York, N.Y. 10016

Telephone: 212-447-1737

-2-

BACKGROUND INFORMATION:

1---I am erroneously included in the terrorists list of the United States government and as such am persecuted, tortured, and denied due process of law by the Courts. Exhibit 1

2---The government of the United States publicly accepts that its own Central Intelligence Agency ("the CIA terrorists") bombed the World Trade Center on September 11, 2001 ("9-11") slaughtering over 3,000 people almost at front of this courthouse; blamed others; in Iraq alone it massacred over 1-million innocent men, women, and children; got both political parties to assign billions of dollars to the fake "war on terror" at home and abroad; multiplied the military budget; activated a tyrannical law called The Patriot Act; a secret and omnipotent Court named Foreign Intelligence Surveillance Court; and replaced the U.S. Constitution for a police-state. Exhibits 2,3,4,5.

3---As part of the domestic assassinations program of the CIA, on 9-28 2015 terrorists of that agency accompanied by my landlord, Bellevue South Associates ("BSA"), carried-out a warrantless raid of my apartment after breaking its door.

4---They left a handwritten note with the word "intel", and the name of the New York Regional Director of the Department of Homeland Security, CIA terrorist Dennis McGowan, as the person that sent them.

5---They called the raid a "wellness-check".

-3-

6---NYPD and federal officials not only ignored my complaints, they planted a surveillance tower at front of my window. Exhibits 6 and 7.

7---I filed lawsuit 16CV2362 at the Southern District of New York federal Court ("the lower Court"), and it was assigned to Judge Ronnie Abrams, and Magistrate-Judge Kevin Nathaniel Fox who always protected the CIA terrorists while treating me like a criminal.

8---Invited by Judges Abrams and Fox, the CIA terrorists and BSA returned on 4-28-2016, conducted another warrantless raid after breaking the door of my apartment, kidnapped, and tortured me as a John Doe at HHC Bellevue Hospital. Exhibit 8.

9---They called the raid "a wellness-check".

10---Judges Abrams and Fox covered-up the identities of the CIA terrorists.

11---The NYPD filed an affidavit stating that the CIA terrorists, not the NYPD, placed handcuffs on me during the 4-28-2016 warrantless raid and took me by ambulance to be tortured at HHC Bellevue Hospital.  Case 16CV2362, docket 210.

12---The FDNY ambulance report states "A MALE ADULT COMPLAINING OF NOTHING". Case 16CV2362, docket 212.

13---During the torture I was assaulted by HHC Bellevue Hospital employees who injected with sleeping drugs, and involuntarily subject me to medical procedures such as taking urine and blood, x-rays, MRI, and numerous other tests.

-4-

14---During the torture I developed fever of 101 degrees, my two-days old spinal surgery was permanently damaged, and up to this day I require medical treatment and medications.

15---Because Judges Abrams and Fox protected the CIA terrorists, I could not serve those involved in the kidnapping and torture incident. Case 16CV2362, dockets 47, 89, 119, 120, 121, 127, 129.

16---Case 18CV4665 against HHC Bellevue Hospital was commenced without CIA defendants.

17---Judge Ronnie Abrams' racism and favoritism for CIA hit-lists against Muslims and others is such that the U.S. Supreme Court recently unanimously ruled against her in case 19-71; and in this case she was so determined to protect the illegal activities of the CIA that she denied my petition for her recusal. Docket 333.

18---On 12-13-2018 CIA terrorists-NYPD Lieutenant Neil Veras, and NYPD Police Officer Patricia de Jesus, used a sledgehammer trying to break the door of my apartment after I refused to give them access. Video-recorded.

19---On 12-20-2018 Veras, de Jesus, and Detective Christopher Rickford demanded access to my apartment, and yelled threats such as "we will tell all your neighbors that you are a rapist, and a pedophile". Recorded.

20---On 12-21-2018 a community lawyer told me that Veras and de Jesus wanted to arrest me, I appeared at the 13th police station, was falsely charged with a misdemeanor, taken before a Judge, released without bail, and the case was dismissed days later.

-5-

21---Invited by Judges Abrams and Fox, on 2-27-2019 Veras, de Jesus, and three (3) others NYPD Police Officers carried-out a warrantless raid of my apartment, and falsely charged me with a misdemeanor.

22---Veras ordered the three (3) Police Officers to take me to the 13th police station while he and de Jesus stayed behind ransacking the apartment in my absence. Exhibit 9.

23---I was taken with leg shackles to HHC Bellevue Hospital for another involuntary psychiatric exam; to the police station; to Court; to the police station; to HHC Bellevue Hospital; to the police station; and to Court where handcuffed behind my back appeared before a Judge more than a day later and was released; the case was dismissed a few days later.

24---Although the case was related to the previous raids, to escape the persecution by Judges Abrams and Fox, I was forced to ask Chief Judge Colleen McMahon to assign it to a different Judge as a new case: 19CV6332.

25---On 10-29-2019 Judge Abrams sent the case 16CV2362 to Magistrate-Judge Fox for reports and recommendations about the Motions for Summary Dismissal. Docket 367.

26--Judge Abrams, and Fox, set traps, disregarded the evidence, and dismissed most defendants of case 16CV2362, except Dennis McGowan, and Dr. Aaron Buckland.

27---On 1-07-2021 Judge Fox filed a report and recommendation to dismiss case 18CV4665, against defendant HHC and gave me 14-days to file objections. Docket 38.

-6-

28---On 1-07-2021 Judge Abrams capriciously dismissed case 18CV4665 disregarding 14-days to file objections included in the recommendations of Magistrate-Judge Fox. Docket 39.

20---On 1-07-2021 Judge Abrams capriciously dismissed the cases against defendants Dennis McGowan, and Aaron Buckland in case 16CV2362 even without a report and recommendation by Judge Fox or my opportunity to file objections. Docket 445.

CONCLUSION:

In covering-up the crimes of CIA's COINTELPRO hit-lists, Judge Ronnie Abrams and Magistrate-Judge Kevin Nathaniel Fox grossly violate the U.S. Constitution, and must therefore be removed as members of the judiciary.

*Wilfredo Torres* (signature)
Wilfredo Torres
470 Second Avenue Apt. 2A
New York, N.Y. 10016

Telephone: 212-447-1737

Cc:
Hon. Ronnie Abrams,
United States Judge
Southern District of New York
Courthouse
40 Foley Square
New York, N.Y. 10007

-7-

Hon. Kevin Nathaniel Fox,
United States Magistrate-Judge
Southern District of New York
Courthouse
40 Foley Square
New York, N.Y. 10007

Hon. Edgardo Ramos,
United States Judge
Southern District of New York
Courthouse
40 Foley Square
New York, N.Y. 10007

Hon. Katharine Parker,
United States Magistrate-Judge
Southern District of New York
Courthouse
40 Foley Square
New York, N.Y. 10007

Hon. Debra Ann Livingston,
Chief Judge
United States Court of Appeals for the Second Circuit
Courthouse
40 Foley Square
New York, N.Y. 10007

Hon. Colleen McMahon,
Chief Judge
United States District Court
Southern District of New York
Courthouse
40 Foley Square
New York, N.Y. 10007

Hon. Charles E. Schumer,
United Stated Senator
322 Hart Senate Office Building
Washington, D.C. 20510

Hon. Kirsten Gillibrand,
United States Senator
478 Russell Senate Office Building
Washington, D.C. 20510

Hon. Carolyn B. Maloney,
U.S. Member of Congress
2308 Rayburn House Office Building
Washington, D.C. 20515

City of New York-Law Department
Attn. James Edward Johnson, Esq.
Carolyn K. Depoian, Esq.
Jessica Engel, Esq.
Daniel Matza Brown, Esq.
John Moore, Esq
100 Church Street
New York, N.Y. 10007

Bellevue South Associates
Attn. James Robert Pigott, Esq.
902 Broadway  13th Floor
New York, N.Y. 10010

The Blackstone Group
Attn. Rose & Rose Law Firm
Zachary Rose, Esq.
Dean Dreiblatt, Esq.
Paul Coppe, Esq.
291 Broadway  13th Floor
New York, N.Y. 10007

-9-

U.S. Central Intelligence Agency
Attn. U.S. Department of Justice
Southern District of New York
Benjamin H. Torrence, Esq.
86 Chambers Street
New York, N.Y. 10007

Health & Hospitals Corporation
Attn. Heidell, Pittoni, Murphy & Bach, LLP
Gabrielle LaMarche DeYoung, Esq.
Doreen Dufficy, Esq.
99 Park Avenue
New York, N.Y. 10016

The Legal Aid Society
Attn. Janet Sabel, Esq.
199 Water Street #6
New York, N.Y. 10038

NYU Hospital for Joint Diseases
Attn. Aaron Buckland, M.D.
Attn. Bond, Schoeneck & King, PLLC
Jessica Moller, Esq.
1010 Franklin Avenue  Suite 200
Garden City, N.Y. 11530

**DANIEL L. MEYERS**
ATTORNEY-AT-LAW
350 BROADWAY, SUITE 308
NEW YORK, NY 10013
(212) 226-4106 (PHONE)
(212) 431-0107 (FAX)

May 23, 2006

Central Intelligence Agency
Information and Privacy Coordinator
Washington, D.C. 20505

**Re: Freedom of Information Act Request
On behalf of Mr. Wilfredo Torres**

Dear Information and Privacy Coordinator:

Your undersigned is the attorney for Mr. Wilfredo Torres, who has, in writing, authorized me to request on his behalf certain records and information from your agency as more fully described below. (Attached is the duly notarized authorization).

This letter constitutes a request pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), and the Privacy Act, 5 U.S.C. § 552a ("PA"). Similar requests have been submitted to the Transportation Security Organization ("TSA"), the Department of Justice ("DOJ"), the Department of Homeland Security ("DHS"), the Federal Bureau of Investigation ("FBI") and the National Security Agency ("NSA").

The following personal information is submitted to specifically identify the party in interest:

- Mr. Wilfredo Torres;
- 470 Second Avenue, Apt. 2A
  New York, NY 10016;
- Date of birth, March 23, 1952;
- Place of birth, San Juan, Puerto Rico;
- Social Security number, 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.

For many years, including 2006, Mr. Torres travels frequently between New York and Puerto Rico. His principle travel purpose is to visit with family. He has been designated wrongfully, by your agency and/or in concert with other governmental agencies and/or the airlines, as a person who poses or is suspected of posing "a threat to civil aviation." As a




# 'It was not Iraq. It were other people', says Trump

Home / US / Politics           Mon Jun 17, 2019 03:25PM [Updated: Mon Jun 17, 2019 05:57PM]



US President Donald Trump talked to ABC News' George Stephanopoulos on Sunday.

**US President Donald Trump says he knows who was behind the September 11, 2001 terrorist attacks that left thousands of Americans dead.**

In an exclusive interview with ABC News' George Stephanopoulos broadcast on Sunday, Trump categorically said that "Iraq did not knock down the World Trade Center."



Published on *American Civil Liberties Union* (https://www.aclu.org)



# Terror Watch List Counter: A Million Plus [1]

**Why are there so many names on the U.S. government's terrorist list?**

In September 2007, the Inspector General of the Justice Department reported [2] that the Terrorist Screening Center (the FBI-administered organization that consolidates terrorist watch list information in the United States) had over 700,000 names in its database as of April 2007 - and that the list was growing by an average of over 20,000 records per month.[1] (See also this new March 2008 report [3].[2])

By those numbers, the list now has over one million names on it. Terrorist watch lists must be tightly focused on true terrorists who pose a genuine threat. Bloated lists are bad because

- they ensnare many innocent travelers as suspected terrorists, and
- because they waste screeners' time and divert their energies [4] from looking for true terrorists.

Watch list main page [5]
Airline security page [6]

© 2019 ACLU

Source URL: https://www.aclu.org/other/terror-watch-list-counter-million-plus#comment-0

**Links**
[1] https://www.aclu.org/other/terror-watch-list-counter-million-plus
[2] http://www.usdoj.gov/oig/reports/FBI/a0741/final.pdf
[3] http://www.usdoj.gov/oig/reports/plus/a0816/final.pdf
[4] https://www.aclu.org/privacy/gen/26535res20060824.html
[5] https://www.aclu.org/technology-and-liberty/watch-lists
[6] https://www.aclu.org/technology-and-liberty/airline-security




# Breakthrough: U.S. Attorney Agrees to Present Evidence of WTC Demolition to Federal Grand Jury

Finally, after 17 long years, the 9/11 Truth Movement has opened an avenue to prosecuting those responsible for the shocking destruction of the World Trade Center and the horrible loss of life that resulted.

In April 2018, the Lawyers' Committee for 9/11 Inquiry — together with more than a dozen 9/11 family members and with help from AE911Truth — filed a petition with the U.S. Attorney in Manhattan demanding that he present evidence of unprosecuted federal crimes at the World Trade Center to a special grand jury. Then, in November, came the big news: The U.S. Attorney notified the Lawyers' Committee (https://www.ae911truth.org/images/PDFs/US-Attorney-Letter-110718.pdf) in writing that he would comply with the provisions of 18 U.S.C. § 3332 requiring him to relay their report to a special grand jury.

Now the Lawyers' Committee and AE911Truth are working to ensure a *thorough and successful* grand jury investigation.

# PRESSTV

| Home | News | Programs | Documentaries | US | |

Tuesday Feb 18, 2014  12:01 PM GMT    www.liveleak.com/c/PressTV

Home · Video Reportages                                    Email    Print

## "US Terrorism List Violates US Civil Liberties"

*Latest From Video Reportages*


Brazil to criminalize protests during Soccer World Cup


"US Terrorism List Violates US Civil Liberties"
3 hrs ago


Iran, P5+1 resume nuclear talks
4 hrs ago


Pressure rises on Greece to comply with €10.1bn bailout terms


Italy's president asks Matteo Renzi to form new government
5 hrs ago


Violence increases in Iraq
5 hrs ago

» See more Videos

*Poll*

**Is the war against Syria's government a freedom-seeking battle, or a terrorist one?**

○ 1) It is a battle waged by freedom-seeking forces
○ 2) It is a battle waged by foreign-backed terrorists.

The Federal Bureau of Investigation, the national policing agency of the United States, admits to having compiled a "Terrorist Screening Database" with the names of persons suspected or alleged to be involved in terrorism.
The list contains the names of over a million people, who have been convicted of no crime and given no chance to defend themselves.: One activity of the "Terrorism Screening Database" is the creation of the "No Fly List", which prevents thousands of people, including many US citizens, from boarding any aircraft. Once added to the list, things in their lives can become very difficult. Wilfredo Torres, suddenly found himself being subject to all kinds of harassment after he began protesting discrimination in travel policies. In one instance he was removed from a flight by airline officials. When Mr. Torres lawyer filed a request for information, the FBI revealed that it had collected over 100 pages of information about him. He now wants to have his name removed from the list. The FBI and other divisions of the US Department of Justice, have a long history of suppressing political dissidents over the last several decades. A law suit has been filed by the American Civil Liberties Union, in the hopes that courts will intervene, and halt the continued use of such lists.

Select Bitrate ▼

0

Caleb Maupin, Press TV, New York

Download | Embed

*Fact Corner*

  

Today    Last Week   Last Month

Most Read         Most Commented

Most Shared        Most Watched


How to watch Press TV
» Read more


Zionists celebrate occupation of USA
» Read more


Free Syrian Army fires chief of staff
» Read more


'Fighting Takfiris worth sacrifice'
» Read more


Leader says not optimistic about N-talks
» Read more

*Related Stories:*

UN to evacuate MKO terrorists from Iraq

Support for Canada-US National Security Cooperation declines

September 29, 2015

**NYC Police Department**
**Attn. Commissioner William Bratton**
**1 Police Plaza**
**New York, N.Y. 10038**

**Mr. Commissioner:**

**As part of COINTELPRO, terrorists employed as policemen by your agency yesterday broke down the door of my apartment and conducted a search.**

**Please, stop NYPD terrorism.**

*Wilfredo Torres*
**Wilfredo Torres**
**470 Second Avenue  Apt. 2-A**
**New York, N.Y. 10016**
**Telephone: 212-447-1737**

**Cc:**

**Barack Obama, President of the U.S.A.**

**John Kerry, Secretary of State**

**Loretta Lynch, Attorney General**



# Unknown-M,Dogwood, 54 y/o M, DOB 1/1/62
MRN 3727225, visit 3727225-1
Bellevue Hospital Center, medicine
Discharge Instruction Sheet
4/29/16 13:55



Last edit by White,LeRoy, RN on 4/29/16 14:00, complete.
(Patient Instructions)

## IMPORTANT: Please bring this form to your first appointment with your doctor.

## Physician Discharge Instructions by An,Nicholas, MD (Attending Hwang,John, MD) as of 4/29/16 01:29pm

Discharge Date: 4/29/16

### Diagnoses:

The principle reason(s) for your hospitalization were: Delirium

### Activity and Diet:

Home Care Ordered: no home care required
Activity: as tolerated

Home Diet: Regular

### Your Medications Are:

### Home Medication List

### Discharge Medications

### Smoking Status and Additional Information:

You are not a smoker.

Discharge Equiptment Required: none,

### No follow-up appointments necessary

