UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO TORRES,

                Plaintiff,

       v.

NYC POLICE DEPARTMENT, *et al.*,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

16-CV-2362 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On March 31, 2021, the Court dismissed this action against remaining Defendants Kevin Wahligh, John Pepe, James Scordus, and Daniel Barvels. *See* Dkt. 453. The Clerk of Court is thus respectfully directed to enter judgment for the Defendants in this action. The parties shall bear their own fees and costs.

SO ORDERED.

Dated:    April 21, 2021
             New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge