**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WILFREDO TORRES,

                Plaintiff,                          16 **CIVIL** 2362 (RA)

       -against-                                **JUDGMENT**

NYC POLICE DEPARTMENT, et al.,
                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated April 21, 2021.  On March 31, 2021, the Court dismissed this action against remaining Defendants Kevin Wahligh, John Pepe, James Scordus, and Daniel Barvels. Judgment is entered for the Defendants in this action, and the parties shall bear their own fees and costs.

**Dated:**  New York, New York
            April 21, 2021

                                                  **RUBY J. KRAJICK**

                                                     **Clerk of Court**
                              **BY:**
                                                      **Deputy Clerk**